**Allen W. HAUSE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 76755.**

Missouri Court of Appeals,
Western District.

Aug. 26, 2014.

Allen W. Hause, Appellant Pro Se.

Gregory L. Barnes, Jefferson City, MO, for respondent.

Before Division Four: ALOK AHUJA, Chief Judge, Presiding, THOMAS H. NEWTON, Judge and CYNTHIA L. MARTIN, Judge.

**ORDER**

PER CURIAM:

Allen Hause ("Hause") appeals *pro se* the motion court's denial of his Rule 29.15 motion. Hause argues that the trial court lacked jurisdiction. We affirm. Rule 84.16(b).